**Fatimita Clara Noriega Robles**
noriega1964@hotmail.com

**August 5, 2025**

Hon. William J. Martini
United States District Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: Jonathan Gomez Noriega v. City of Jersey City, et al.
Civil Action No. 2:24-cv-10599-WJM-JRA**

Dear Judge Martini:

I write as the mother of the plaintiff, Jonathan Gomez Noriega, to respectfully urge this Court to deny the defendants' latest request (ECF No. 46) for yet another extension and adjournment in these proceedings.

This is now the third time the defendants have sought to postpone their responsibilities. The Court has already granted two prior extensions—on January 8, 2025 (Exhibit A) and April 24, 2025 (Exhibit B)—providing ample time to respond to the claims. My son filed his Amended Complaint on June 20, 2025, and still, defendants come before the Court, asking for more time, more delay, and more indulgence.

These are not isolated requests. They are part of a clear and troubling pattern: delay, evade, and deny. Every new extension pushes justice further out of reach. Every day this case lingers is another day my son lives in limbo—without his job, without closure, without peace.

The toll this has taken on him is profound. He is not simply a name on a docket. He is a young man whose future has been stolen, whose rights have been trampled by those who now hide behind endless procedural gamesmanship.

Enough. The law is not a shield for those in power to escape accountability. It is a promise that wrongs will be righted and that those who have suffered will be heard—fully, fairly, and without unnecessary delay.

Justice delayed is justice denied. These repeated extensions have become a weapon wielded by those with power, against the very person this Court is charged to protect. The Court's schedule is not a suggestion; it is an order that demands respect.

My son—and every person who comes before this Court—deserves better. I urge you to deny the defendants' latest request. Let this case proceed. Let the facts be heard. Let justice, at last, be done.

Thank you for your attention and for your dedication to the principle that justice must not only be done but be seen to be done—now, not later.

Respectfully,


**Fatimita Clara Noriega Robles**
Mother of Plaintiff

Enclosures:
• Exhibit A – January 8, 2025 Stipulation and Order Extending Time
• Exhibit B – April 24, 2025 Application for Extension of Time
• Exhibit C – August 5, 2025 Letter Requesting Adjournment

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JONATHAN GOMEZ NORIEGA,

                        *Plaintiff*,

v.

THE CITY OF JERSEY CITY; MAYOR STEVEN FULOP (individually and in his official capacity as Mayor of the City of Jersey City); KIMBERLY WALLACE-SCALCIONE (individually and in her official capacity as Press Secretary/Spokesperson for the City of Jersey City); JOHN MINELLA (individually and in his official capacity as Mayor Fulop's Chief of Staff); JOHN METRO (individually and in his official capacity as Jersey City Manager); MOBIN YOUSAF (individually and in her official capacity as Jersey City Director, Employee Relations & Workforce Management); JOHN DOE (1-10),

                        *Defendants.*

CASE NO: 2:24-CV-10599-WJM-JRA

CIVIL ACTION

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

**WHEREAS**, plaintiff Jonathan Gomez Noriega ("Plaintiff") filed the Complaint in this action on November 20, 2024;

**WHEREAS**, Plaintiffs served the Complaint on defendants The City of Jersey City, Mayor Steven Fulop, Kimberly Wallace-Scalcione, John Minella, John Metro, and Mobin Yousaf (collectively, "Defendants") on December 18, 2024;

**WHEREAS**, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Defendants' time to respond to the Complaint is January 8, 2025;

**WHEREAS**, counsel for Defendants has conferred with counsel for Plaintiff, who consents to Defendants' request for additional time to respond to the Complaint; and

**WHEREAS,** no prior extension of time to respond to the Complaint has previously been requested;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendants, through their respective undersigned counsel, that Defendants' time to answer, move, or otherwise respond to the Complaint is extended up to and including January 31, 2025.

**IT IS FURTHER STIPULATED AND AGREED,** that no provision of this Stipulation shall be construed as a waiver of any defense to the Complaint.

**AGREED AS TO FORM AND SUBSTANCE**

Dated: January 7, 2025

**SEKAS LAW GROUP, LLC**

By: _s/ Nicholas G. Sekas_____
Nicholas G. Sekas
Giancarlo Ghione
530 Sylvan Avenue, Suite 201
Englewood Cliffs, New Jersey 07632
(201) 816-1333
nsekas@sekaslaw.com
gghione1@gmail.com

*Attorneys for Plaintiff Jonathan Gomez Noriega*

**SO ORDERED.**

Date: January 8, 2025

**CALCAGNI & KANEFSKY LLP**

By: _s/ Ralph J. Marra, Jr._____
Ralph J. Marra, Jr.
Paul Kingsbery
1085 Raymond Blvd. 14th Floor
Newark, New Jersey 07102
(862) 397-1796
rmarra@ck-litigation.com
pkingsbery@ck-litigation.com

*Attorneys for Defendants The City of Jersey City, Mayor Steven Fulop, Kimberly Wallace-Scalcione, John Minella, John Metro, and Mobin Yousaf*

_____
HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE

Case 2:24-cv-10599-WJM-JRA   Document 23   Filed 04/24/25   Page 1 of 4 PageID: 248

Ralph J. Marra, Jr., Esq. (#020761978)
Paul C. Kingsbery, Esq. (#287942018)
Emily Arezzi, Esq. (#486492024)
**CALCAGNI & KANEFSKY LLP**
One Newark Center
1085 Raymond Boulevard, 18th Floor
Newark, NJ 07102
(862) 397-1796
rmarra@ck-litigation.com
pkingsbery@ck-litigation.com
earezzi@ck-litigation.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN GOMEZ NORIEGA,<br><br>   *Plaintiff,*<br><br>v.<br><br>THE CITY OF JERSEY CITY; MAYOR STEVEN FULOP (individually and in his official capacity as Mayor of the City of Jersey City); KIMBERLY WALLACESCALCIONE (individually and in her official capacity as Press Secretary/Spokesperson for the City of Jersey City); JOHN MINELLA (individually and in his official capacity as Mayor Fulop's Chief of Staff); JOHN METRO (individually and in his official capacity as Jersey City Manager); MOBIN YOUSAF (individually and in her official capacity as Jersey City Director, Employee Relations & Workforce Management); JOHN DOE (1-10),<br><br>   *Defendants.* | CASE NO. 2:24-CV-10599-WJM-JRA<br><br>CIVIL ACTION<br><br>DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO ANSWER PURSUANT TO L. CIV. RULE 6.1(B) |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending the time within which defendants The City of Jersey City and Mayor Steven Fulop (the

"Answering Defendants") may answer the Complaint of Plaintiff Jonathan Gomez Noriega to Monday, May 12, 2025. On behalf of the Answering Defendants, we represent as follows:

1. Plaintiff commenced this action on November 20, 2024. (ECF No. 1.)

2. By stipulation dated January 7, 2025, which was approved by the Court on January 8, 2025, the parties agreed that Defendants would answer, move to dismiss, or otherwise respond to the Complaint on or before January 31, 2025. (ECF Nos. 12, 13.)

3. On January 31, 2025, Defendants moved to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 14.) That motion was fully briefed on March 10, 2025. (ECF Nos. 18, 20.)

4. On April 14, 2025, the Court issued an Opinion and an Order granting in part and denying in part Defendants' motion to dismiss. (ECF Nos. 21, 22.) Specifically, the Court granted Defendants' motion to dismiss with respect to Counts Three, Four, Five, and Six of the Complaint, granted Defendants' Motion to dismiss Count One with respect to Defendant Mobin Yousaf only, but otherwise denied the motion. (ECF No. 22 at 1–2.) As a result of the Court's decision on Defendants' motion to dismiss, the only remaining defendants are The City of New Jersey and Mayor Steven Fulop.

5. Pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure and Local Civil Rule 12.2, the Answering Defendants' answer to the Complaint is due on Monday, April 28, 2025.

6. No previous extension of the April 28, 2025 deadline has been requested.

Dated:  April 24, 2025

**CALCAGNI & KANEFSKY LLP**

By: ___s/ Paul C. Kingsbery___

Ralph J. Marra, Jr., Esq. (#020761978)
Paul C. Kingsbery, Esq. (#287942018)
Emily Arezzi, Esq. (#486492024)
One Newark Center
1085 Raymond Blvd., 18th Floor
(862) 397-1796
rmarra@ck-litigation.com
pkingsbery@ck-litigation.com
earezzi@ck-litigation.com

*Attorneys for Defendants*

– 3 –

**[PROPOSED] ORDER**

The above application is ORDERED GRANTED. The time for Defendants The City of Jersey City and Mayor Steven Fulop to answer the Complaint is extended to Monday, May 12, 2025.

Order Dated: _____

MELISSA E. RHOADS, Clerk of Court

By: _____

Case 2:24-cv-10599-WJM-JRA   Document 48   Filed 08/05/25   Page 9 of 9 PageID: 726



Paul C. Kingsbery, Counsel
862.208.1811   pkingsbery@ck-litigation.com

August 5, 2025

**BY ECF**

Hon. William J. Martini
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE:   *Jonathan Gomez Noriega v. The City of Jersey City, et al.*
      No. 2:24-cv-10599-WJM-JRA

Dear Judge Martini,

    I write on behalf of defendants The City of Jersey City, Mayor Steven Fulop, and John Metro ("Defendants") in the above-captioned action. We respectfully request an extension of the deadline for Defendants to serve and file their reply brief in further support of their motion to dismiss Counts Three and Four of the Amended Complaint (ECF No. 43).

    That motion was originally noticed for a motion day of August 4, 2025, but the motion day was adjourned by Plaintiff to August 18, 2025, pursuant to L. Civ. R. 7.1(d)(5). The current deadline for Defendants' reply brief is August 11, 2025.

    Defendants seek to adjourn the motion day to the next available date, Tuesday, September 2, 2025. With the requested adjournment, Defendants' reply brief would be due on August 26, 2025.

    This is Defendants' first request for an extension of time to serve and file their reply brief. Defendants' counsel conferred with Plaintiff's counsel regarding this request, but Plaintiff's counsel is unable to consent to the request.

Respectfully submitted,

Paul C. Kingsbery

---