Scott A. Parsons ♦
Paul A. O'Connor, III ♦*
William R. Lane ♦
Gregory B. Noble ♦
R. Daniel Bausé +
Robert A. Ballard, III +
_____

Jessica Y. Ma*
Vilson Gashi
Andrew Karlbon

# O'CONNOR, PARSONS, LANE & NOBLE, LLC

ATTORNEYS AT LAW

959 South Springfield Avenue, 2nd Floor, Springfield, NJ 07081
Tel: 908-928-9200 • Fax: 908-928-9232
Tel: 800-586-5817

Gerald B. O'Connor
(1942 – 2015)

*of Counsel*
William V. Lane
Debra D. Tedesco

+ Admitted in NJ & NY
*Admitted in NJ & PA
♦Certified By The Supreme Court of
New Jersey as a Civil Trial Attorney

November 24, 2025

**<u>Via ECourts</u>**
Honorable William J. Martini
United States District Judge
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    **Re: Jonathan Gomez Noriega v. City of Jersey City, et al.**
      **Civil Action No. 2:24-cv-10599 (WJM)(JRA)**

Dear Judge Martini:

  I write on behalf of the plaintiff, Jonathan Gomez Noriega, to respectfully request that the docket be updated to accurately reflect current counsel of record.

  As of July 9, 2025, all prior attorneys who previously appeared for Mr. Gomez Noriega have been terminated from representation and no longer act as his counsel in this matter. Since that time, O'Connor, Parsons, Lane & Noble, LLC has been the only firm representing the plaintiff. To avoid any confusion regarding service, communications, and authority to act on the plaintiff's behalf, we respectfully request that:

  1. All former attorneys previously listed as counsel for plaintiff be removed as active counsel of record from the docket; and

  2. The docket reflect that the undersigned is the sole counsel of record for plaintiff at this time.

  This request is made to ensure the docket conforms to the current reality of representation and to prevent any ambiguity as to who is authorized to appear, receive service, and speak for Mr. Gomez Noriega in these proceedings. If the Court requires any additional filing, certification, or formal notice to effectuate this change, we will promptly provide it.

  Thank you for the Court's attention to this matter.

        Respectfully submitted,

        */s/ Gregory Noble*
        GREGORY B. NOBLE

cc: All Counsel of Record (via ECF)