Honorable William J. Martini
United States District Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Gomez Noriega v. The City of Jersey City et al., Case No. 2:24-cv-10599

Judge Martini,

I am Maicoll Gomez, brother of the plaintiff and current United States service member who has spent the last year watching this Court do **absolutely nothing** while my brother's civil-rights case rots on your docket. One full year — 365 days — since filing on November 20, 2024, and the only thing moving is the calendar.

You have ignored our repeated demands for an emergency hearing. You have allowed discovery to crawl while Steven Fulop's mayoral term expires in January 2026 — right after he burned through a humiliating $30 million war chest in a failed, laughable bid for governor. Once he's out of office, good luck ever holding him accountable. Every day you delay is another day of you defending and covering up for corruption..

This isn't oversight. This isn't backlog. This looks like protection.
Accordingly, **unless this Court immediately:**
1. Schedules the long-overdue emergency hearing we demanded,
2. Sets a firm trial date before Fulop leaves office, and
3. Explains in writing why this case has been frozen for an entire year despite clear evidence of discrimination and retaliation,

**we will have no choice but to file a formal motion for your recusal under 28 U.S.C. § 455.**
The appearance of bias — or at the very minimum, the appearance of inexplicable favoritism toward a powerful political machine — is now impossible to ignore. The public, the press, and every oversight body that monitors federal judges will be made fully aware of the year-long stall that conveniently runs out the clock on a sitting mayor who just lost a $30 million ego campaign. We are done asking politely. We are done watching a federal judge let political cronies skate while a service member's family begs for justice.

**Act now, or step aside.**
Respectfully submitted with zero patience left,

**Maicoll Gomez**
Current Service Member, United States Military