**LETTER TO THE HONORABLE WILLIAM J. MARTINI**

United States District Judge
District of New Jersey
**December 5, 2025**
**Re: Gomez-Noriega v. City of Jersey City, et al.**
**Case No. 2:24-cv-10599-WJM-JRA**

### FIFTH EMERGENCY DEMAND – THIS CASE HAS NOW ROTTED ON YOUR DOCKET FOR OVER ONE YEAR

Your Honor,
This civil-rights case has been sitting on your docket for **385 days** – over a full year – while Steven Fulop and his political machine continue to destroy Jonathan Gomez's life. One year of delays, games, and protection for the powerful.

Yet every single time Fulop's lawyers file a two-page "joint letter" or ask for another extension, Your Honor signs an order **the same day**. Same-day service for the Mayor and his representatives. For the plaintiff? Radio silence for weeks.This is not right.

This is the **fourth** time we are requesting an emergency hearing after prior counsel abandoned the case without warning:
1. March 4, 2025 – ignored
2. May 14, 2025 – ignored
3. July 3, 2025 – ignored
4. November 24 - ignore
5. Today, December 5, 2025 – still nothing

I, Maicoll Gomez & Valentina Gomez, hereby enter our pro se appearance for plaintiff Jonathan Gomez-Noriega (pro hac vice motion to follow). We are **100% ready for trial today**.

We are not licensed attorneys so if the defendants are so confident in their defense, they should 100% be able to go to trial tomorrow since they've been stalling for over a year.

Justice Delayed is justice denied, and your Honor, 385 days of waiting is inexcusable and I look forward to understanding why it has taken so long for you to grant us an emergency hearing. **Now we have the grounds for you to grant my request,** so I

look forward to seeing you in court in person. **Refusal to grant this request is immediate grounds for you to recuse yourself from the case under 28 U.S.C. § 455.** The appearance of bias — or at the very minimum, the appearance of inexplicable favoritism toward a powerful political machine — is now impossible to ignore. So I request for you to be fair towards us.

Today I am forced to write a **FIFTH** emergency letter because the Defendants have now escalated from delay to outright **obstruction of justice** in discovery.
For months, Defendants have responded to every single one of the interrogatories and document requests with nothing but boilerplate objections, evasions, and contempt for the discovery process. Here are just a few examples of their stonewalling:

- They objected to the **very first document request** — seeking all records concerning the Plaintiff's (Jonathan Gomez) termination — as "overbroad" and "not limited in time or scope."
- They called **Interrogatory No. 1** — which simply asked who participated in the decision to fire Plaintiff, (Jonathan Gomez) — "overly broad" and refused to give a real answer.
- When asked who supervised the Plaintiff (Jonathan Gomez), they vomited out "Mayor Fulop, John Minella, John Metro, and other members of the Mayor's personal staff" — refusing to name every single person as required.
- They have asserted blanket attorney-client privilege and "confidentiality" on thousands of documents **without ever producing a single privilege log** — in direct violation of Rule 26(b)(5)(A).
- Most damning: they have refused to produce **any emails, texts, or communications whatsoever** among Fulop, his wife, his staff, or any City official regarding my employment, political activities, or termination — claiming every single request is "overbroad" or "vague."

This is not discovery. This is a cover-up in broad daylight.
Defendants are withholding the exact evidence that will prove, in front of a jury, that Mayor Fulop personally retaliated against Jonathan Gomez Noriega for his protected political speech and association. They know it. Their lawyers know it. And they are betting this Court will keep looking the other way.


The defendants have refused to share discovery
At trial we will call the following individuals and they better be ready to show up and tell the truth under oath:
- Steven Fulop
- Jaclyn Fulop (his wife)

- John Metro
- The current Director of Human Resources, City of Jersey City
- The current Secretary to the Mayor
- Kimberly Wallace-Scalcione

Plaintiff demands the following **immediately**:
1. An emergency hearing IN PERSON before YOU within the next seven (7) days;
2. Formal acceptance of counsel's withdrawal and entry of my appearance;
3. The earliest possible jury trial date on your calendar;
4. Orders compelling the above witnesses to appear.
5. An order **compelling Defendants, within ten (10) days**, to produce **every single piece of evidence, communication, email, text message, memo, note, recording, calendar entry, or other document** — in native format with metadata — that in any way relates or refers to Jonathan Gomez-Noriega's employment, political activities, supervision, discipline, or termination, including but not limited to all communications to, from, or copying Mayor Steven Fulop, John Metro, Kimberly Wallace-Scalcione, John Minella, Mobin Yousaf, the Director of Human Resources, the Mayor's Secretary, or any member of the Mayor's staff;
6. **Immediate denial and rejection of any 90-day continuance** or any other delay tactic the Defendants are surely preparing right now.

Judge Martini, the defendants have been stalling for over a year and it seems that you are aiding them. With all due respect, I ask to also be given same-day responses just like you do with the defendants. We're ready for this emergency hearing and trial.

Respectfully submitted and out of patience
God bless you


**Maicoll Gomez**
Pro Se for Plaintiff Jonathan Gomez-Noriega
United States Army


**Valentina Gomez**
Pro Se for Plaintiff Jonathan Gomez-Noriega
United States Congressional Candidate

All documentation, correspondence & discovery should be sent to
magomeznoriega@gmail.com & gomeznoriega.valentina@gmail.com