# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN GOMEZ NORIEGA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF JERSEY CITY, et al.,<br><br>Defendants. | Civil Action No.<br><br>24-cv-10599 (WJM) (JRA)<br><br>**FIRST AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated February 13, 2026 (ECF NO. 71), seeking an extension to the time to complete discovery, and for good cause shown,

**IT IS, on this 17th day of February 2026, ORDERED** that:

1.  Fact discovery is extended through **May 18, 2026**.  No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

2.  Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **April 17, 2026**.  The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

3.  All affirmative expert reports shall be delivered by **June 17, 2026**.  Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports shall be delivered by **July 17, 2026**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **August 17, 2026**.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE