# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JONATHAN GOMEZ NORIEGA, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF JERSEY CITY, et al., <br><br> Defendants. | Civil Action No. <br><br> 24-cv-10599 (WJM) (JRA) <br><br> **THIRD AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' motion for an extension of time to complete discovery dated July 9, 2026 (Dkt. No. 78), seeking an extension to the time to complete discovery, and for good cause shown,

**IT IS, on this 10th day of July 2026, ORDERED** that:

1. Fact discovery is extended through **September 15, 2026**.  No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

2. Any dispute concerning supplemental discovery responses or documents produced after the date of this Order shall be raised with the Court within **fourteen (14) days** after service of the response or production at issue.

3. All affirmative expert reports shall be delivered by **October 16, 2026**.  Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4.  All responding expert reports shall be delivered by **November 16, 2026**.  Any such report shall comport with the form and content requirements referenced above.

5.  Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **December 15, 2026**.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE