# COLEMAN LAW FIRM, P.C.

RONALD D. COLEMAN
973 264 9611
RCOLEMAN@COLEMANLAW-PC.COM
50 PARK PLACE | NEWARK NJ 07102

Admitted in New York and New Jersey

July 16, 2026

**_VIA CM/ECF_**

Hon. José R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re:** *Gomez Noriega v. The City of Jersey City, et al.*, No. 2:24-cv-10599-WJM-JRA (D.N.J.)
  **Request to Adjourn September 21, 2026 Status Conference**

Dear Judge Almonte:

We write on behalf of Plaintiff to respectfully request that the status conference presently scheduled for September 21, 2026 at 2:30 p.m. (ECF No. 80) be adjourned. September 21, 2026 is Yom Kippur, and the undersigned is unable to appear on that date.

Counsel have conferred. Defendants consent to the adjournment, and the parties are available on September 22, 23, and 24, 2026.

Plaintiff further requests that the deadline for the parties' joint status letter, presently September 14, 2026, be adjusted to correspond with the date the Court sets for the conference.

We thank the Court for its consideration.

Respectfully submitted,

Ronald D. Coleman

cc:  Paul C. Kingsbery, Esq.
    Ralph J. Marra, Jr., Esq.
    Emily Arezzi, Esq.