**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JONATHAN GOMEZ NORIEGA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF JERSEY CITY, et al.,<br><br>Defendants. | Civil Action No.<br><br>24-cv-10599 (WJM) (JRA)<br><br>**FIFTH AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' Consent Motion for an Extension of Time to Complete Discovery dated October 15, 2026 (Dkt. No. 86), seeking an extension to the time to complete discovery, and for good cause shown,

**IT IS, on this 16th day of October 2026, ORDERED** that:

1. Fact discovery is extended through **November 16, 2026**. No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.
2. All affirmative expert reports shall be delivered by **December 16, 2026**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).
3. All responding expert reports shall be delivered by **January 15, 2027**. Any such report shall comport with the form and content requirements referenced above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **February 22, 2027**.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE