CALCAGNI KANEFSKY LLP
LITIGATION / INVESTIGATIONS

PAUL KINGSBERY PARTNER

C. 917.580.2400 O. 862.208.1811 pkingsbery@ck-litigation.com ck-litigation.com

October 26, 2026

**BY ECF**

Honorable José R. Almonte
United States Magistrate Judge
Frank R. Lautenberg U.S. Post Office
& Courthouse Building
2 Federal Square
Newark, New Jersey 07102

**Re:** ***Jonathan Gomez Noriega v. The City of Jersey City, et al.*****,**
**No. 2:24-cv-10599-WJM-JRA (D.N.J.)**

Dear Judge Almonte:

We write jointly on behalf of Defendants The City of Jersey City and Mayor Steven Fulop (collectively, "Defendants") and Plaintiff Jonathan Gomez Noriega ("Plaintiff") to request an adjournment of the status conference currently scheduled for November 3, 2026. *See* ECF No. 88.

The parties have been working cooperatively to schedule the remaining depositions of Mayor Fulop, Mr. O'Hern, and Mr. Varughese, as noted in Plaintiff's letter dated October 15, 2026. *See* ECF No. 86. The parties are also working to schedule the continuation of Plaintiff's deposition.

Based on the availability of counsel for the parties and the above deponents, we have agreed to schedule the remaining depositions in this case for the following dates:

| Deponent | Date/Time |
|---|---|
| John O'Hern | Wednesday, October 28 at 1:00 p.m. |
| Jonathan Gomez Noriega | Monday, November 2 at 10:00 a.m. |
| Steven Fulop | Tuesday, November 3 at 10:00 a.m. |
| Noble Varughese | Thursday, November 12 at 10:00 a.m. |

Unfortunately, the date for Mayor Fulop's deposition—the only date within the current extended discovery period on which Mayor Fulop has a full day available for a deposition—conflicts with the status conference scheduled for November 3. Accordingly, the parties jointly request that the Court adjourn the status conference to a date convenient for the Court during the week of Monday, November 16.

We appreciate the Court's consideration of this request.

Respectfully submitted,

| | |
|---|---|
| /s/ Paul C. Kingsbery | /s/ Ronald D. Coleman |
| Paul C. Kingsbery<br>Calcagni & Kanefsky LLP | Ronald D. Coleman<br>Coleman Law Firm, PC |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

*cc:* *All counsel of record by ECF.*